EVANGELINE SEASE, Respondent, v. CENTRAL GREYHOUND LINES, INC., OF NEW YORK, Appellant.— Motion for leave to appeal to the Court of Appeals upon a certified question of law granted, without costs, and the following question is certified: Did the Special Term err as a matter of law in denying the motion to set aside the service of the summons? Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See ante, p. 192.]

■

FRANK J. GIPP, Respondent, v. MABEL MCBAIN, as Administratrix of the Estate of JOHN MCBAIN, Deceased, Appellant, et al., Defendants.— Motion for reargument, or in the alternative, for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See ante, p. 732.]